■ In the Matter of MICHAEL R. PETRONE, Petitioner, v VICTORIA M. ARGENTO, Monroe County Court Judge, Respondent. [945 NYS2d 587]—Proceeding pursuant to CPLR article 78 (initiated in the Appellate Division of the Supreme Court in the Fourth Judicial Department pursuant to CPLR 506 [b] [1]) to annul the determination of respondent revoking the pistol permit of petitioner.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Centra, Lindley and Martoche, JJ.

■ In the Matter of CARLOS ABREU, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services, Respondent. [945 NYS2d 587]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered September 22, 2011) to review determinations of respondent. The determinations found after Tier III hearings that petitioner had violated various inmate rules.

It is hereby ordered that the determinations are unanimously confirmed without costs and the petition is dismissed. Present—Centra, J.P., Fahey, Peradotto, Carni and Sconiers, JJ.